FILED

JAN 05 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10073 |
| Plaintiff - Appellee, | D.C. No. 4:09-cr-00789-RCC |
| v. | |
| PEDRO ARAUJO-QUINONEZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Jack Zouhary, District Judge, Presiding

Submitted December 14, 2010[**]

Before:    GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

Pedro Araujo-Quinonez appeals from the 50-month sentence imposed

following his guilty-plea conviction for importation of cocaine, in violation of 21

U.S.C. §§ 952(a), 960(a)(1) and (b)(1)(B)(ii), and possession with intent to

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

distribute cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(ii)(II).  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Araujo-Quinonez contends that the district court procedurally erred by failing to grant a minor-role adjustment.  The district court did not err by denying the adjustment.  *See United States v. Cantrell*, 433 F.3d 1269, 1282-83 (9th Cir. 2006).

Araujo-Quinonez also contends that the district court erred by not granting him a departure for aberrant behavior.  Araujo-Quinonez's argument lacks merit. *See United States v. Dallman*, 533 F.3d 755, 760-62 (9th Cir. 2008).

**AFFIRMED.**